461 A.2d 793

COMMONWEALTH of Pennsylvania, Appellant,

v.

Aaron I. BROWN, Appellee.

Supreme Court of Pennsylvania.

Argued April 28, 1983.

Decided July 1, 1983.

Francis J. Moran, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Arthur R. Shuman, Jr., Asst. Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgments of sentence affirmed.